IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00928-WYD-KLM

GREGORY SMITH,

       Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

       Defendant.

---

### RETURN OF SERVICE

---

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **April 1, 2014 at 2:45 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Pamela Trujillo, an employee of Corporation Service Company, as registered agent for LVNV Funding, LLC at 1560 Broadway, Suite 2090, Denver, CO, 80202.

Fee for Process of Service       $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

                                                      /s/ John D. Larson
                                                      John D. Larson
                                                      88 Inverness Circle East, Suite I-101
                                                      Englewood, CO 80112

Subscribed and sworn to before me this 1st day of April, 2014.

/s/ Stephanie Steiner
Notary Public

STEPHANIE STEINER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012932
MY COMMISSION EXPIRES MARCH 31, 2017